# United States District Court
# For The Western District of North Carolina
# Statesville Division

MOUNT VERNON FIRE INSURANCE COMPANY,

    Plaintiff(s),

vs.

JAMES ETHAN JOHNSON,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV32

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/1/2010 Order.

Signed: September 2, 2010

Frank G. Johns, Clerk
United States District Court